In the Matter of the Estate of BEDELL D. RAYNOR, Deceased.

MARGARET A. HICKS, Individually and as Executrix of ELMIRA A. RAYNOR, Deceased, et al., Appellants; ELLEN F. STEIHLER et al., Respondents.

(Argued May 5, 1930; decided June 3, 1930.)

*Louis W. Mc Kernan* for appellants.
*Charles H. Street* for respondents.

Order affirmed, with costs to respondents payable out of the estate. First question certified not answered; second question answered in the negative; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, KELLOGG, O'BRIEN and HUBBS, JJ. Not sitting: LEHMAN, J.